EnergyNorth v. American Home Assur.   CV-99-502-JD  07/17/03

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


EnergyNorth Natural Gas, Inc.

   v.                                    Civil No. 99-502-JD
                                         Opinion No. 2003 DNH 123
American Home Assurance Co., et al.


PROCEDURAL ORDER


An error occurred in the order issued on July 16, 2003.  The third paragraph in the "Conclusion" on pages 28 to 29 is corrected to read as follows:

LMI's motion for summary judgment on the issue of "accident, occurrence, and fortuity" (document no. 132) is denied.

SO ORDERED.


                                  _____
                                  Joseph A. DiClerico, Jr.
                                  United States District Judge

July 17, 2003

cc:  Bruce W. Felmly, Esquire
     Eric A. Kane, Esquire
     Jeffrey P. Heppard, Esquire
     Charles P. Bauer, Esquire
     John D. Frumer, Esquire
     Robert P. Firriolo, Esquire
     Doreen F. Connor, Esquire